B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prinn, Dan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8745** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**East IL 173, #106**<br>**Antioch, IL**<br>ZIP Code **60002** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prinn, Dan** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Andrew Youra          **September 17, 2009** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Andrew Youra 06292102** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Prinn, Dan**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dan Prinn**
Signature of Debtor  **Dan Prinn**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 17, 2009**
Date

### Signature of Attorney*

X **/s/ Andrew Youra**
Signature of Attorney for Debtor(s)

**Andrew Youra 06292102**
Printed Name of Attorney for Debtor(s)

**Fraser, Youra & Parikh, LLC**
Firm Name

**208 N. West Street
Suite 100
Waukegan, IL 60085**

Address

**847-622-8900  Fax: 847-622-8901**
Telephone Number

**September 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Dan Prinn**  
                       Debtor(s)

Case No.  
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dan Prinn**
                       **Dan Prinn**

Date:  **September 17, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

ADT Security Services, Inc.
PO Box 96175
Las Vegas, NV 89193


Advance Me, Inc.
600 Town Park Lane
Kennesaw, GA 30144


Alpha Banking Company
c/o The Cheat Kaplan Baim Firm
30 North LaSalle Street, 1520
Chicago, IL 60602


American Compressed Gas Company
189 Central Avenue
Westwood, NJ 07675


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
PO Box 53852
Phoenix, AZ 85072


American Express
C/O Allied Interstate
3000 Corporate Drive 5th Floor
Columbus, OH 43231


American Express
C/O Global Vantage
PO Box 10908
San Rafael, CA 94912


American Express
C/0 NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


American Express
C/O Blitt and Gaines
Wheeling, IL 60090

American Express
C/O National Credit
PO Box 740640
Atlanta, GA 30374


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
P.O. Box 650448
Dallas, TX 75265


Anderson Pest Solutions
219 W. Diversey Avenue
Elmhurst, IL 60126


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


At & T
PO Box 8212
Aurora, IL 60572


Auto-Chlor System
4283 Paysphere Circle
Chicago, IL 60674


Baranowski, Gregory and Helen
333 Mensching Road
Roselle, IL


Bill Abplanalp
7747 W. Belmont Ave
Elmwood Park, IL 60707


Blake Baum
6839 North Tonty
Chicago, IL 60646


BP Oil / Citibank
Attn:  Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

```
Bp Oil/citibank
Po Box 6003
Hagerstown, MD 21747


Brass Tap Beverage Service
668 East Northwest Hwy
Mount Prospect, IL 60056


Brennan & Clark, Ltd.
721 E. Madison, Suite 200
Villa Park, IL 60181


Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060


Capital One
C/O Gerald E. Moore & Associates
Atlanta, GA 31139


Capital One
C/O Account Solutions Group, LLC
205 Bryant Woods South
Buffalo, NY 14228


Capital One F.S.B.
C/O Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase Bank
C/O RMS
PO Box 20410
Bethlehem, PA 18025
```

```
Chase Manhattan Mortgage
Attention:  Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219


Cingular Wireless
PO Box 6428
Carol Stream, IL 60197


Citgo Oil / Citibank
Attn:  Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citgo Oil/citibank
Po Box 6003
Hagerstown, MD 21747


Citi AAdvantage Business Card
PO Box 6309
The Lakes, NV 88901


CitiBank
C/O LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


CitiBank N.A.
C/O LTD Financial Services
Houston, TX 77074


CitiBusiness Card
PO Box 688901
Des Moines, IA 50368


Citicorp Credit Services
Payment Processing Center
Box 3136
Milwaukee, WI 53201


City of Chicago
Dept. of Admin. Hearings
740 N. Sedgwick, 2nd floor
Chicago, IL 60610
```

```
City of Chicago
False Burglar Alarm Unit
PO Box 4956
Chicago, IL 60680


City of Chicago
Dept. of Business Affairs/Licensing
12 N. La Salle, Room 800
Chicago, IL 60602


City of Chicago - Dept. of Revenue
Department of Business Affairs
121 North LaSalle, Suite 800
Chicago, IL 60602


City of Chicago - Dept. of Water
Department of Water Management
PO Box 6330
Chicago, IL 60680


CityWide Fire Equipment Company
2919 W. Irving Park Road
Chicago, IL 60618


Comcast
PO Box 173885
Denver, CO 80217


ComEd
Bill Payment Center
Chicago, IL 60668


Dan Prinn
1159 Kimberly Lane
Antioch, IL 60002


David Keith
215 W. Rollins Road
Round Lake, IL 60073


Direct TV
C/O Focus Receivables Management
1120 Northchase Parkway
Marietta, GA 30067
```

```
FIA Card Services
C/O Blatt, Hasenmiller, Leibsker,
125 S. Wacker, Suite 400
Chicago, IL 60606


GBD Custom Rehab, Inc.
C/O Dan Prinn
1159 Kimberly Lane
Antioch, IL 60002


GE Money Bank
C/O Arrow Financial Services
5996 W Touhy Avenue
Niles, IL 60714


GE Money Bank
C/O Blatt, Hasenmiller, Leibsker &
125 South Wacker Drive, Suite 400
Chicago, IL 60606


GE Money Bank
PO Box 960061
Orlando, FL 32896


Gemb/empire
Po Box 981439
El Paso, TX 79998


Gemb/jcp
Po Box 984100
El Paso, TX 79998


Gemb/tweeter
Po Box 981439
El Paso, TX 79998


Glazer's Distributors of IL
C/O Catherine Elliot Dunne
PO Box 10371
Chicago, IL 60610


Great Lakes Cr Un
Building 290
Great Lakes, IL 60088
```

```
Gregory Castaldi, Esq.
5521 North Cumberland Avenue
Suite 1109
Chicago, IL 60656


Hilco Rec
5 Revere Dr Ste 510
Northbrook, IL 60062


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Household Bank
90 Christiana Rd
New Castle, DE 19720


I C System Inc
Po Box 64378
Saint Paul, MN 55164


IL Dept. of Employment Security
PO Box 19286
Springfield, IL 62794


Illinois Casualty Company
PO Box 4208
Rock Island, IL 61204


Illinois Department of Revenue
Willard Ice Building
101 West Jefferson Street
Springfield, IL 62702


Joel Nathan, Asst. U.S. Attorney
219 S. Dearborn, 5th floor
Chicago, IL 60604


JohnsonDiversey
2295 S. Mt. Prospect Road
Des Plaines, IL 60018


JP Graphics
4713 N. Ozanam Avenue
Harwood Heights, IL 60706
```

```
Judge & Dolph
C/O Abrams & Abrams, P.C.
211 Washington
Waukegan, IL 60085


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lakeshore Waste Services
4808 West Wilson Avenue
Chicago, IL 60630


Law Office of Mitchell N. Kay, P.C.
PO Box 2374
Chicago, IL 60690


Lawrence P Seiwert
33 North La Salle Street
Chicago, IL 60602


Lincoln Park Savings Bank
2107 W. Irving Park Road
Chicago, IL 60618


Loyola Unv
6525 N Sheridan Rd Rm 220
Chicago, IL 60626


Mahoney Environmental
1819 Moen Avenue
Joliet, IL 60436


Marcheschi & Associates
3415 North Harlem Avenue
Chicago, IL 60634


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


Neighborhood Boys & Girls Club
2501 W. Irving Park Road
Chicago, IL 60618
```

```
Nes/idap
2412 W Lawrence Ave
Chicago, IL 60625


Nicor Gas
P.O. Box 416
Aurora, IL 60568


Peoples Bk Credit Card Services
Attn: Bankruptcy
Po Box 7092 Rccb 0680
Bridgeport, CT 06601


Peoples Gas
Attn: Special Projects BK Dept
130 East Randolph
Chicago, IL 60601


Portfolio Rc
Attn: Bankruptcy
120 Corporate Blvd Suite 100
Norfolk, VA 23502


RBS National Bank
C/O Nelson, Watson, & Associates
80 Merrimack Street, lower level
Haverhill, MA 01830


Rewards Network, Inc.
2 North Riverside Plaza, Suite 950
Chicago, IL 60606


Robert M. Wolfberg, Esq.
300 N. Elizabeth, 4E
Chicago, IL 60607


Selfreliance Ukrainian
2332 W Chicago Ave
Chicago, IL 60622


Shaheen, Novoselsky, Staat
20 North Wacker Drive
Suite 2900
Chicago, IL 60606
```

```
Sharco Inc.
PO Box 1421
Arlington Heights, IL 60006


Shaw & Foley, L.L.C.
33 North County Street
Suite 302
Waukegan, IL 60085


Shell Oil/citibank
Po Box 6003
Hagerstown, MD 21747


SKO Brenner American, Inc.
40 Daniel Street
PO Box 9320
Baldwin, NY 11510


Small Business Administration
Springfield Branch Office
511 West Capital Avenue, Suite 302
Springfield, IL 62704


Supreme Lobster and Seafood Co.
220 E. North Avenue
Villa Park, IL 60181


Swanel, Inc.
PO Box 1186
Hammond, IN 46325


Technology Insurance Company
5800 Lombardo Center
Independence, OH 44131


Todd McElhaney
529 North Claremont
Chicago, IL 60612


Unifund
Attention: Bankruptcy
10625 Techwood Circle
Cincinnati, OH 45242
```

```
US Foodservice
10410 S. 50th Place
Phoenix, AZ 85044


Village Bank & Trust Arlington Hts
311 South Arlington Heights Road
Arlington Heights, IL 60005


Vince Vitulli
4057 West Patterson
Chicago, IL 60641


Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Wells Fargo Bank
C/O The Best Service Company
10780 Santa Monica Blvd
Los Angeles, CA 90025


Wells Fargo Financial
C/O Heller & Frisone, Ltd
33 North LaSalle, Suite 1200
Chicago, IL 60602


Wells Fargo Financial
2501 Seaport Dr.
Suite BH-300
Chester, PA 19013


West Asset Management
PO Box 105812
Atlanta, GA 30348


Wffinance
1191 E Dundee Rd
Palatine, IL 60074


Wffinancial
1191 E Dundee Rd
Palatine, IL 60074
```

```
Wfnnb/harlem
Po Box 182273 - Wf
Columbus, OH 43218


XO Communications
C/O NCO Financial Systems
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002
```